UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | Case No. CV 15-03294 WDK-PLA |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **ALBERTO AVILA, ET AL.,** | |
| Defendants. | |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Alberto Avila, individually and doing business as The Cosmo and Hollywood Nightlife Group, Inc. an unknown business entity doing business as The Cosmo, upon the Court's grant of summary judgment in favor of plaintiff. [*See* Doc. No. 27.]

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Alberto Avila, individually and doing business as The Cosmo and Hollywood Nightlife Group, Inc. an unknown business entity doing business as The Cosmo, shall pay the plaintiff, J & J Sports Productions, Inc., $36,000.00 in total damages. Pursuant to Local Rules 54-10 and 54-11 plaintiff may submit its motion for costs and attorneys' fees within fourteen (14) days.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the defendants or the pro se defendants in this matter.

Dated: June 26, 2017

_____

William Keller
United States District Judge